UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

In re:                              )   Case No. 10-41141
    GOODMAN, MICHAEL         )
                                    )
                                    )
                                    )
                                    )
                                    )
                    Debtor(s)       )

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>RICHARD M. FOGEL</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    219 S. Dearborn Street, 7th Floor, Chicago, IL  60604

    Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on September 1, 2011 in Courtroom 682**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL  60604.

    If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date:  August 2, 2011                    By:  /s/ Richard M. Fogel
                                              Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
312-276-1334
rfogel@shawgussis.com
**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC}

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: GOODMAN, MICHAEL § Case No. 10-41141
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $ 13,560.39

*and approved disbursements of*     $ 675.00

*leaving a balance on hand of* [1]     $ 12,885.39

**Balance on hand:**     $ 12,885.39

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:     $ 0.00
Remaining balance:     $ 12,885.39

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 2,106.04 | 0.00 | 2,106.04 |
| Trustee, Expenses - RICHARD M. FOGEL | 3.84 | 0.00 | 3.84 |
| Accountant for Trustee, Fees - POPOWCER KATTEN, LTD. | 945.00 | 0.00 | 945.00 |

Total to be paid for chapter 7 administration expenses:     $ 3,054.88
Remaining balance:     $ 9,830.51

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

       Total to be paid for prior chapter administrative expenses:   $    0.00
       Remaining balance:   $    9,830.51

  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $4,466.00 must be paid in advance of any dividend to general (unsecured) creditors.

  Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | INTERNAL REVENUE SERVICE | 248.00 | 0.00 | 248.00 |
| | ILLINOIS DEPARTMENT OF REVENUE | 80.00 | 0.00 | 80.00 |
| | INTERNAL REVENUE SERVICE | 80.00 | 0.00 | 80.00 |
| | INTERNAL REVENUE SERVICE | 58.00 | 0.00 | 58.00 |
| 4 | Michael Rendon | 4,000.00 | 0.00 | 4,000.00 |

       Total to be paid for priority claims:   $    4,466.00
       Remaining balance:   $    5,364.51

  The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

  Timely claims of general (unsecured) creditors totaling $ 138,430.39 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.9 percent, plus interest (if applicable).

  Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 8,880.98 | 0.00 | 344.16 |
| 2 | Lee Auto Parts | 543.18 | 0.00 | 21.05 |
| 3 | Nick Photikarm | 125,161.53 | 0.00 | 4,850.31 |
| 5 | Beverly Materials | 1,427.72 | 0.00 | 55.33 |
| 6 | WexFleet Fueling | 2,416.98 | 0.00 | 93.66 |

       Total to be paid for timely general unsecured claims:   $    5,364.51
       Remaining balance:   $    0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/RICHARD M. FOGEL
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                            United States Bankruptcy Court
                             Northern District of Illinois
In re:                                                               Case No. 10-41141-JBS
Michael Goodman                                                      Chapter 7
       Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: froman                Page 1 of 2               Date Rcvd: Aug 04, 2011
                              Form ID: pdf006             Total Noticed: 64


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 06, 2011.
db           +Michael Goodman,    355 Red Barn Lane,     Barrington, IL 60010-4741
aty          +Douglas W. Worrell,    Douglas Worrell, P.C.,     1625 W. Colonial Parkway,
               Inverness, IL 60067-1220
tr           +Richard M Fogel,    Shaw Gussis Fishman Glantz Wolfson,     321 N Clark Street  Suite 800,
               Chicago, IL 60654-4766
16132761      Aspen Valley,    2222 Higgens,    Elgin, IL 60123
16132762     +B and H Industries,    80 West Seegers Rd.,     Arlington Heights, IL 60005-3917
16132763      Barrington Chamber Commerce,     325 Hough Street,    Barringtong, IL 60010
16132764     +Beverly Materials,    1100 Brandt Dr.,     Hoffmann Estates, IL 60192-1693
16132765      Blue Cross Blue Shield of Illinois,      Healthcare Service Corp,    Chicago, IL 60690
16132768    ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,     ATTN MARK PASCALE,     MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
             (address filed with court:   Chase,    Po Box 1093,     Northridge, CA 91328)
16132766     +Capital One,    PO Box 60024,   City of Industry, CA 91716-0024
16932034      Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,      PO Box 248839,
               Oklahoma City, OK  73124-8839
16132769     +Chase,    Po Box 15298,   Wilmington, DE 19850-5298
16132770     +Chase,    Attn: Bankruptcy Dept,    Po Box 100018,    Kennesaw, GA 30156-9204
16132771     +Chase/WAMU/Providian,    Attn: Bankruptcy Dept,     Po Box 100018,    Kennesaw, GA 30156-9204
16132772     +Citi Cards,    P.O. Box 688910,    Des Moines, IA 50368-8910
16132773     +Citibank,    Attention: Centralized Bankruptcy,     Po Box 20507,    Kansas City, MO 64195-0507
16132774     +Com Serv Grp,    11603 Shelbyville,    Louisville, KY 40243-1386
16132775     +Country Companies,    333 E Dundee,    Wheeling, IL 60090-3124
16132776     +Country Financial,    PO Box 2100,    Bloomington, IL 61702-2100
16132777     +Country Mutual Insurance Co,    % Keith G Carlson,     6 West Hubbard  8th Flr,
               Chicago, IL 60654-4636
16132778     +Credit Collection Services,    Two Wells Ave,     Dept 7250,   Newton Center, MA 02459-3208
16132779     +Dept of Labor,    160 North LaSalle Street,     Cuite C-1300,   Chicago, IL 60601-3130
16132780     +Dr's Fitton and Hamper,    820 S. Northwest Hwy,     Barrington, IL 60010-4622
16132781      Farmers Insurance Group,    PO Box 0914,    Carol Stream, IL 60123-0914
16132782     +First Data Merchant Services,    1307 Walt Whitman Road,     Melville, NY 11747-4819
16132783     +Ford Credit,    PO Box 790093,    St. Louis, MO 63179-0093
16132784     +GMAC,   Attention: Bankruptcy Dept.,     1100 Virginia Drive,    Fort Washington, PA 19034-3204
16132785     +Great America Leasing,    8742 Innovation Way,     Chicago, IL 60682-0087
16132786     +Harris N.a.,    3800 Golf Rd Ste. 300,    Rolling Meadows, IL 60008-4005
16132787     +Helen Goodman,    355 Red Bar,    Barrington, IL 60010-4741
16132788     +Homer Industries,    14000 South Archer Ave,     Lockport, IL 60441-7447
16132789    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,      PO BOX 7346,
               PHILADELPHIA PA 19101-7346
             (address filed with court:   Internal Revenue Service,      ACS support Stop 8130,    PO Box 145566,
               Cincinnati, OH 45250-5566)
16132790     +International Profit Associates,     1250 Barclay Boulevard,    Buffalo Grove, IL 60089-4500
16132791     +Jeff Lyon and Mary Higgins,    790 Estate Drive #180,     Deerfield, IL 60015-4880
16132792     +John M Sheldon,    Wiczer & Zelmar LLC,     500 Skokie Blvd #350,    Northbrook, IL 60062-2877
16132793     +Klehm Nursery,    2500 W Higgins Road,    Hoffmann Estates, IL 60169-7220
16132794     +Lee Auto Parts,    1175 Lee Street,    Des Plaines, IL 60019-0001
16132795     +Lurvey Landscape Supply,    30560 N. Russel Road,     Volo, IL 60073-9650
16132796     +Mark C Gross,    Gross & Boyle LLC,    15 Salt Creek Lane #207,     Hinsdale, IL 60521-8656
16132797     +Mattson Witt Precision Products,     28005 Industrial Ave,    Lake Barrington, IL 60010-2454
16132798     +McDonald Doherty & Company,    329 W. Main St.,     Barrington, IL 60010-4275
16132799     +Michael Rendon,    PO Box 294,   Clarendon Hills, IL 60514-0294
16132800     +Midwest Forestree LLC,    P.O. Box 2091,    Aurora, IL 60507-2091
16132801     +Midwest Material Management,    566 Rock Road Unit 1,     East Dundee, IL 60118-2447
16132802     +Monarch Life Insurance Co.,    330 Whitney Avenue #500,     Holyoke, MA 01040-2857
16132803     +Nic Photokarm,    17 Eton Court,    South Barrington, il 60010-6106
17023784      Nick Photikarm,    c/o Maltzman Foreman, PA,     Skokie Blvd, Suite,    Northbrook, IL 60062
16132804     +NorthAmBankCard,    1499 N. Main St.,    Walnut Creek, CA 94596-4604
16132805     +Pioneer Press,    3701 W. Lake Ave.,    Glenview, IL 60026-1277
16132806     +Quintessential Media Group, Inc,     8315 N 30th St.,    Omaha, NE 68112-2220
16132807     +Reliable Printing Solutions, Inc,     2230 Michigan Ave,    Santa Monica, CA 90404-3906
16132811    ++SPRINT NEXTEL CORRESPONDENCE,     ATTN BANKRUPTCY DEPT,    PO BOX 7949,
               OVERLAND PARK KS 66207-0949
             (address filed with court:   Sprint,    P O Box 4181,     Carol Stream, IL 60197)
16132812    ++SPRINT NEXTEL CORRESPONDENCE,     ATTN BANKRUPTCY DEPT,    PO BOX 7949,
               OVERLAND PARK KS 66207-0949
             (address filed with court:   Sprint,    PO Box 219554,     Kansas City, MO 64121)
16132808     +Secretary of State,    3701 Winchester Rd,     Springfield, IL 62707-9759
16132809     +Shemin Nurseries, Inc,    42 Old Ridgebury,     Danbury, CT 06810-5126
16132810     +Sign City, Corp.,    370 Sharon Drive,     Barrington, IL 60010-3413
16132813     +The Hartford,    One Hartford Plaza,    Hartford, CT 06155-0001
16132814     +Tinkoff, Popko and Associates,     413 E Main Street,    Barrington, IL 60010-4501
16132815      Transworld Systems Inc,    Po Box 15630,    Dept 23,    Wilmington, DE 19850-5630
16132816     +Village of Lake Barrington,    23860 Old Barrington Rd,     Lake Barrington, IL 60010-1998
16132817     +Warehouse Direct,    1601 West Algonquin Road,     Mount Prospect, IL 60056-5546
```

```
District/off: 0752-1          User: froman                Page 2 of 2                   Date Rcvd: Aug 04, 2011
                              Form ID: pdf006             Total Noticed: 64


16132818     +WexFleet Fueling,    c/o Wright Express,    Financial Services,    PO Box 639,
               Portland, ME 04104-0639
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16132767     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 04 2011 23:59:26      Capital One, N.a.,
               C/O American Infosource,    Po Box 54529,   Oklahoma City, OK 73154-1529
16132819     +E-mail/Text: bankruptcy@wrightexpress.com Aug 04 2011 23:35:59      Wright Express,    P.O. Box 639,
               Portland, ME 04104-0639
                                                                                             TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Richard M Fogel,    Shaw Gussis Fishman Glantz Wolfson,    321 N Clark Street  Suite 800,
               Chicago, IL 60654-4766
                                                                                             TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 06, 2011**                **Signature:**       *Joseph Speetjens*