**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: GOODMAN, MICHAEL      §   Case No. 10-41141
                 §
                 §
Debtor(s)              §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

  RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $574,208.00      Assets Exempt: $8,200.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $8,315.28    Claims Discharged
                     Without Payment: $421,050.18

Total Expenses of Administration: $5,245.30

---

  3) Total gross receipts of $ 13,560.58 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $13,560.58 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $696,445.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,245.32 | 5,245.30 | 5,245.30 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 4,000.00 | 4,080.00 | 4,546.00 | 2,974.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 449,696.50 | 138,430.39 | 138,430.39 | 5,341.28 |
| **TOTAL DISBURSEMENTS** | $1,150,141.50 | $147,755.71 | $148,221.69 | $13,560.58 |

  4)  This case was originally filed under Chapter 7 on September 14, 2010. The case was pending for 14 months.

  5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/02/2011  By: /s/RICHARD M. FOGEL
           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 606 Callan Ave Evanston 60202 residential, prope | 1110-000 | 10,000.00 |
| Bank of America Checking Account #4317. Owned jo | 1129-000 | 2,500.00 |
| Money owed to debtor from sale of 2006 truck | 1129-000 | 1,060.00 |
| Interest Income | 1270-000 | 0.58 |
| **TOTAL GROSS RECEIPTS** | | **$13,560.58** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | GMAC | 4110-000 | 541,721.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris N.a. | 4110-000 | 28,914.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 4110-000 | 125,810.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$696,445.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2200-000 | N/A | 3.84 | 3.84 | 3.84 |
| RICHARD M. FOGEL | 2100-000 | N/A | 2,106.06 | 2,106.04 | 2,106.04 |
| POPOWCER KATTEN, LTD. | 3410-000 | N/A | 945.00 | 945.00 | 945.00 |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | N/A | 675.00 | 675.00 | 675.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 23.42 | 23.42 | 23.42 |
| INTERNAL REVENUE SERVICE | 2690-720 | N/A | 746.00 | 746.00 | 746.00 |
| INTERNAL REVENUE SERVICE | 2690-730 | N/A | 746.00 | 746.00 | 746.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 5,245.32 | 5,245.30 | 5,245.30 |

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 −PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | INTERNAL REVENUE SERVICE | 5300-000 | N/A | N/A | 800.00 | 0.00 |
| | ILLINOIS DEPARTMENT OF REVENUE | 5300-000 | N/A | N/A | 200.00 | 200.00 |
| | INTERNAL REVENUE SERVICE | 5300-000 | N/A | N/A | 248.00 | 0.00 |
| | INTERNAL REVENUE SERVICE | 5300-000 | N/A | N/A | 58.00 | 0.00 |
| | INTERNAL REVENUE SERVICE | 5800-000 | N/A | N/A | 248.00 | 0.00 |
| | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | N/A | N/A | 80.00 | 0.00 |
| | INTERNAL REVENUE SERVICE | 5800-000 | N/A | N/A | 80.00 | 0.00 |
| | INTERNAL REVENUE SERVICE | 5800-000 | N/A | N/A | 58.00 | 0.00 |
| 4 | Michael Rendon | 5300-000 | 4,000.00 | 4,000.00 | 2,694.00 | 2,694.00 |
| | DIRECTOR OF EMPLOYMENT SECURITY | 5300-000 | N/A | 80.00 | 80.00 | 80.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 4,000.00 | 4,080.00 | 4,546.00 | 2,974.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | 8,571.00 | 8,880.98 | 8,880.98 | 342.67 |
| 2 | Lee Auto Parts | 7100-000 | 532.53 | 543.18 | 543.18 | 20.96 |
| 3 | Nick Photikarm | 7100-000 | 150,000.00 | 125,161.53 | 125,161.53 | 4,829.30 |
| 5 | Beverly Materials | 7100-000 | 1,307.90 | 1,427.72 | 1,427.72 | 55.09 |
| 6 | WexFleet Fueling | 7100-000 | 2,430.00 | 2,416.98 | 2,416.98 | 93.26 |
| NOTFILED | Pioneer Press | 7100-000 | 2,178.00 | N/A | N/A | 0.00 |
| NOTFILED | NorthAmBankCard | 7100-000 | 411.75 | N/A | N/A | 0.00 |
| NOTFILED | Quintessential Media Group, Inc | 7100-000 | 1,560.00 | N/A | N/A | 0.00 |
| NOTFILED | Midwest Forestree LLC | 7100-000 | 1,110.77 | N/A | N/A | 0.00 |
| NOTFILED | Monarch Life Insurance Co. | 7100-000 | 250.35 | N/A | N/A | 0.00 |
| NOTFILED | Reliable Printing Solutions, Inc | 7100-000 | 275.72 | N/A | N/A | 0.00 |
| NOTFILED | McDonald Doherty & Company | 7100-000 | 536.41 | N/A | N/A | 0.00 |
| NOTFILED | Midwest Material Management | 7100-000 | 353.27 | N/A | N/A | 0.00 |
| NOTFILED | Warehouse Direct | 7100-000 | 312.40 | N/A | N/A | 0.00 |
| NOTFILED | Secretary of State | 7100-000 | 1,423.00 | N/A | N/A | 0.00 |
| NOTFILED | Village of Lake Barrington | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Wright Express | 7100-000 | 2,066.22 | N/A | N/A | 0.00 |
| NOTFILED | Mattson Witt Precision Products | 7100-000 | 17,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Tinkoff, Popko and Associates | 7100-000 | 460.00 | N/A | N/A | 0.00 |
| NOTFILED | The Hartford One Hartford Plaza | 7100-000 | 5,211.99 | N/A | N/A | 0.00 |
| NOTFILED | Sign City, Corp. | 7100-000 | 635.00 | N/A | N/A | 0.00 |
| NOTFILED | Sprint | 7100-000 | 161.52 | N/A | N/A | 0.00 |
| NOTFILED | Sprint | 7100-000 | 214.43 | N/A | N/A | 0.00 |
| NOTFILED | Shemin Nurseries, Inc | 7100-000 | 1,657.80 | N/A | N/A | 0.00 |
| NOTFILED | International Profit Associates | 7100-000 | 61,459.50 | N/A | N/A | 0.00 |
| NOTFILED | Blue Cross Blue Shield of Illinois Healthcare Service | 7100-000 | 1,424.68 | N/A | N/A | 0.00 |
| NOTFILED | Barrington Chamber Commerce | 7100-000 | 285.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 28,386.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Capital One | 7100-000 | 8,297.50 | N/A | N/A | 0.00 |
| NOTFILED | B and H Industries | 7100-000 | 13.50 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 31,301.70 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 7100-000 | 562.16 | N/A | N/A | 0.00 |
| NOTFILED | Aspen Valley | 7100-000 | 1,051.21 | N/A | N/A | 0.00 |
| NOTFILED | Chase/WAMU/Providian | 7100-000 | 1,493.85 | N/A | N/A | 0.00 |
| NOTFILED | Citi Cards | 7100-000 | 44,237.27 | N/A | N/A | 0.00 |
| NOTFILED | Great America Leasing | 7100-000 | 438.69 | N/A | N/A | 0.00 |
| NOTFILED | Ford Credit | 7100-000 | 1,099.04 | N/A | N/A | 0.00 |
| NOTFILED | Jeff Lyon and Mary Higgins | 7100-000 | 30,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Homer Industries | 7100-000 | 568.25 | N/A | N/A | 0.00 |
| NOTFILED | First Data Merchant Services | 7100-000 | 98.85 | N/A | N/A | 0.00 |
| NOTFILED | Klehm Nursery | 7100-000 | 7,631.98 | N/A | N/A | 0.00 |
| NOTFILED | Dr's Fitton and Hamper | 7100-000 | 182.00 | N/A | N/A | 0.00 |
| NOTFILED | Farmers Insurance Group | 7100-000 | 12,450.01 | N/A | N/A | 0.00 |
| NOTFILED | Com Serv Grp | 7100-000 | 412.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank | 7100-000 | 14,245.00 | N/A | N/A | 0.00 |
| NOTFILED | Country Financial | 7100-000 | 318.00 | N/A | N/A | 0.00 |
| NOTFILED | Country Companies | 7100-000 | 1,033.00 | N/A | N/A | 0.00 |
| NOTFILED | Lurvey Landscape Supply | 7100-000 | 3,547.25 | N/A | N/A | 0.00 |
| NOTFILED | Country Mutual Insurance Co % Keith G Carlson | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 449,696.50 | 138,430.39 | 138,430.39 | 5,341.28 |

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-41141  
**Case Name:** GOODMAN, MICHAEL  

**Period Ending:** 11/02/11

**Trustee:**    (330720)    RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 09/14/10 (f)  
**§341(a) Meeting Date:** 11/16/10  
**Claims Bar Date:** 05/25/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 355 Red Barn Lane, Barrington, IL 60010<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 560,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 606 Callan Ave Evanston 60202 residential, prope<br>  Orig. Asset Memo: Imported from original petition Doc# 1  (See Footnote) | 51,250.00 | Unknown | | 10,000.00 | FA |
| 3 | Cash on hand and in possession.<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 58.00 | 0.00 | DA | 0.00 | FA |
| 4 | Bank of America Checking Account #4317. Owned jo<br>  Orig. Asset Memo: Imported from original petition Doc# 1  (See Footnote) | 500.00 | 4,657.70 | | 2,500.00 | FA |
| 5 | Miscellaneous and well-used household goods and<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Necessary clothing and apparel<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 300.00 | 0.00 | DA | 0.00 | FA |
| 7 | Northwestern Mutual 700,000 face term insurance,<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 8 | Term insurance provided through employer 300,000<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 9 | M Goodman Landscaping inc. S-Corp. Liabilities o<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 10 | Money owed to debtor from sale of 2006 truck<br>  Orig. Asset Memo: Imported from original petition Doc# 1  (See Footnote) | 5,300.00 | 5,300.00 | DA | 1,060.00 | FA |
| 11 | 2003 Volkswagon Passat 4D Wagon GLX 50,000 miles<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 6,000.00 | 158.00 | DA | 0.00 | FA |

Printed: 11/02/2011 09:24 AM    V.12.57

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-41141  **Trustee:** (330720) RICHARD M. FOGEL
**Case Name:** GOODMAN, MICHAEL  **Filed (f) or Converted (c):** 09/14/10 (f)
 **§341(a) Meeting Date:** 11/16/10
**Period Ending:** 11/02/11  **Claims Bar Date:** 05/25/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 12 | old computer and printer. Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 10.00 | DA | 0.00 | FA |
| 13 | Miiscellaneous landscaping tools, shovels, books Orig. Asset Memo: Imported from original petition Doc# 1 | 1,500.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.58 | FA |
| 14 | **Assets** Totals (Excluding unknown values) | **$625,958.00** | **$10,125.70** | | **$13,560.58** | **$0.00** |

RE PROP# 2  Trustee authorized to sell estate's interest to debtor per o/c 3-17-2011
RE PROP# 4  Correct acct. no. is #9839. Trustee authorized to sell estate's interest to debtors per o/c 3-17-11.
RE PROP# 10  Trustee to abandon claim against Juan Patino for balance owed-- uncollectible

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**  December 31, 2011  **Current Projected Date Of Final Report (TFR):**  August 3, 2011 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 10-41141 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | GOODMAN, MICHAEL | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******92-65 - Money Market Account |
| Taxpayer ID #: | **-***8880 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 11/02/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 01/14/11 | {10} | JUAN PATINO RAMOS | Installment payment per pre-petition agreement with debtor | 1129-000 | 530.00 | | 530.00 |
| 03/08/11 | | MICHAEL GOODMAN | Sale proceeds (held in trust pending court approval) | | 12,500.00 | | 13,030.00 |
| | {2} | | Sale of real property          10,000.00 | 1110-000 | | | 13,030.00 |
| | {4} | | Sale of personal property      2,500.00 | 1129-000 | | | 13,030.00 |
| 03/24/11 | {10} | JUAN PATINO RAMOS | Installment payment | 1129-000 | 530.00 | | 13,560.00 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 13,560.08 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.10 | | 13,560.18 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.11 | | 13,560.29 |
| 06/13/11 | | To Account #9200******9266 | Account Transfer- income taxes | 9999-000 | | 675.00 | 12,885.29 |
| 06/14/11 | 1001 | ILLINOIS DEPARTMENT OF REVENUE | INCOME TAX LIABILITY FOR YE 5/31/11 (38-6948880) | 2820-000 | | 675.00 | 12,210.29 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.10 | | 12,210.39 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.09 | | 12,210.48 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 23.42 | 12,187.06 |
| 08/04/11 | | From Account #9200******9266 | Account Transfer- check drawn on wrong account | 9999-000 | 675.00 | | 12,862.06 |
| 08/31/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.10 | | 12,862.16 |
| 08/31/11 | | To Account #9200******9266 | Close account and transfer for final distributions | 9999-000 | | 12,862.16 | 0.00 |
| | | | ACCOUNT TOTALS | | 14,235.58 | 14,235.58 | $0.00 |
| | | | Less: Bank Transfers | | 675.00 | 13,537.16 | |
| | | | Subtotal | | 13,560.58 | 698.42 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $13,560.58 | $698.42 | |

{} Asset reference(s)

Printed: 11/02/2011 09:24 AM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-41141  
**Case Name:** GOODMAN, MICHAEL  

**Taxpayer ID #:** **-***8880  
**Period Ending:** 11/02/11  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******92-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/13/11 | | From Account #9200******9265 | Account Transfer- income taxes | 9999-000 | 675.00 | | 675.00 |
| 08/04/11 | | To Account #9200******9265 | Account Transfer- check drawn on wrong account | 9999-000 | | 675.00 | 0.00 |
| 08/31/11 | | From Account #9200******9265 | Close account and transfer for final distributions | 9999-000 | 12,862.16 | | 12,862.16 |
| 09/01/11 | 101 | POPOWCER KATTEN, LTD. | Dividend paid 100.00% on $945.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 945.00 | 11,917.16 |
| 09/01/11 | 102 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $800.00 for Federal W/H- VOID<br>Voided on 09/01/11 | 5300-000 | | 800.00 | 11,117.16 |
| 09/01/11 | 102 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $800.00 for Federal W/H- VOID<br>Voided: check issued on 09/01/11 | 5300-000 | | -800.00 | 11,917.16 |
| 09/01/11 | 103 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $248.00 for FICA- VOID<br>Voided on 09/01/11 | 5300-000 | | 248.00 | 11,669.16 |
| 09/01/11 | 103 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $248.00 for FICA- VOID<br>Voided: check issued on 09/01/11 | 5300-000 | | -248.00 | 11,917.16 |
| 09/01/11 | 104 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $58.00 for Medicare- VOID<br>Voided on 09/01/11 | 5300-000 | | 58.00 | 11,859.16 |
| 09/01/11 | 104 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $58.00 for Medicare- VOID<br>Voided: check issued on 09/01/11 | 5300-000 | | -58.00 | 11,917.16 |
| 09/01/11 | 105 | ILLINOIS DEPARTMENT OF REVENUE | Dividend paid 100.00% on $200.00; Filed: $0.00 for State W/H | 5300-000 | | 200.00 | 11,717.16 |
| 09/01/11 | 106 | Michael Rendon | 100.00% dividend on Claim # 4, Ref: | 5300-000 | | 2,694.00 | 9,023.16 |
| 09/01/11 | 107 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $248.00 for FICA- VOID<br>Voided on 09/01/11 | 5800-000 | | 248.00 | 8,775.16 |
| 09/01/11 | 107 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $248.00 for FICA- VOID<br>Voided: check issued on 09/01/11 | 5800-000 | | -248.00 | 9,023.16 |
| 09/01/11 | 108 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $58.00 for Medicare- VOID<br>Voided on 09/01/11 | 5800-000 | | 58.00 | 8,965.16 |
| 09/01/11 | 108 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $58.00 for Medicare- VOID | 5800-000 | | -58.00 | 9,023.16 |

Subtotals: $13,537.16   $4,514.00

{} Asset reference(s)

Printed: 11/02/2011 09:24 AM   V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-41141  
**Case Name:** GOODMAN, MICHAEL  
**Taxpayer ID #:** **-***8880  
**Period Ending:** 11/02/11  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******92-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Voided: check issued on 09/01/11 | | | | |
| 09/01/11 | 109 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $80.00 for FUTA-VOID<br>Voided on 09/01/11 | 5800-000 | | 80.00 | 8,943.16 |
| 09/01/11 | 109 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $80.00 for FUTA-VOID<br>Voided: check issued on 09/01/11 | 5800-000 | | -80.00 | 9,023.16 |
| 09/01/11 | 110 | ILLINOIS DEPARTMENT OF REVENUE | Dividend paid 100.00% on $80.00; Filed: $0.00 for SUTA<br>Voided on 10/05/11 | 5800-000 | | 80.00 | 8,943.16 |
| 09/01/11 | 111 | Capital One Bank (USA), N.A. | 3.85% dividend on Claim # 1, Ref: XXXXXXXX2746 | 7100-000 | | 342.67 | 8,600.49 |
| 09/01/11 | 112 | Lee Auto Parts | 3.85% dividend on Claim # 2, Ref: XX1314 | 7100-000 | | 20.96 | 8,579.53 |
| 09/01/11 | 113 | Nick Photikarm | 3.85% dividend on Claim # 3, Ref: M GOODMAN | 7100-000 | | 4,829.30 | 3,750.23 |
| 09/01/11 | 114 | Beverly Materials | 3.85% dividend on Claim # 5, Ref: 7026 | 7100-000 | | 55.09 | 3,695.14 |
| 09/01/11 | 115 | WexFleet Fueling | 3.85% dividend on Claim # 6, Ref: | 7100-000 | | 93.26 | 3,601.88 |
| 09/01/11 | 116 | RICHARD M. FOGEL | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 2,109.88 | 1,492.00 |
| | | | Dividend paid 100.00%  2,106.04<br>on $2,106.04;  Claim# A;<br>Filed: $2,106.06 | 2100-000 | | | 1,492.00 |
| | | | Dividend paid 100.00%  3.84<br>on $3.84;  Claim# ; Filed:<br>$3.84 | 2200-000 | | | 1,492.00 |
| 09/02/11 | | INTERNAL REVENUE SERVICE | ACH transfer to replace ##102-104 for wage claim | 2690-720 | | 746.00 | 746.00 |
| 09/02/11 | | INTERNAL REVENUE SERVICE | ACH transfer to replace ##107-108 for wage claim | 2690-730 | | 746.00 | 0.00 |
| 10/05/11 | 110 | ILLINOIS DEPARTMENT OF REVENUE | Dividend paid 100.00% on $80.00; Filed: $0.00 for SUTA<br>Voided: check issued on 09/01/11 | 5800-000 | | -80.00 | 80.00 |
| 10/05/11 | 117 | DIRECTOR OF EMPLOYMENT SECURITY | EIN: 38-6948880  UI-3/40-3RD QUARTER 2011 | 5300-000 | | 80.00 | 0.00 |

Subtotals :       $0.00       $9,023.16

{} Asset reference(s)       Printed: 11/02/2011 09:24 AM       V.12.57

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 10-41141  
**Case Name:** GOODMAN, MICHAEL  

**Taxpayer ID #:** **-***8880  
**Period Ending:** 11/02/11  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******92-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 13,537.16 | 13,537.16 | $0.00 |
| | | | Less: Bank Transfers | | 13,537.16 | 675.00 | |
| | | | **Subtotal** | | 0.00 | 12,862.16 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$12,862.16** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******92-65** | 13,560.58 | 698.42 | 0.00 |
| **Checking # 9200-******92-66** | 0.00 | 12,862.16 | 0.00 |
| | $13,560.58 | $13,560.58 | $0.00 |

{} Asset reference(s)

Printed: 11/02/2011 09:24 AM V.12.57